| District | Off. | DOCKET NO. Yr. | Number | OR | FILING DATE Mo. | Day | Yr. | J | Nature Suit | 23 | Judge | Mag. | Dem | ARB | Initial Docket | Docket Yr. | Number |
|----------|------|-----|--------|-----|-----|-----|-----|---|------|----|----|-----|-----|-----|--------|-----|--------|
| 113A | 3 | 86 | 00004 | 1 | 01 | 03 | 86 | 3 | 441 | 1 | 3A12 | | | | | 86 | 00004 |

CAUSE:  TITLE 42 SEC. 1973   - CIVIL RIGHTS VOTING
Discrimination against black citizens from voting on School Board.

| PLAINTIFFS | DEFENDANTS |
|------------|------------|
| 1.00  BRADFORD COUNTY BRANCH  OF THE NAACP, | 6.00  BRADFORD COUNTY SCHOOL BOARD, |
| 2.00  ELIZABETH G. WALKER, | 7.00  PAT SPENGLER, CHAIRMAN, |
| 3.00  JIMMIE L. SCOTT, | 8.00  J. T. PARRISH, |
| 4.00  CAROLYN B. SPOONER | 9.00  RODNEY HALL, |
| 5.00  MAURICE J. WHITE, on behalf of themselves and all other similarly situated | 10.00  DR. LEN SCHOLFMAN, |
| | 11.00  JUDY BECKER, their successors and agents, all in their official capacity |

## ATTORNEYS

(1.00-5.00)
**DAVID M. LIPMAN, ESQUIRE**
**ROBERT E. WEISBERG, ESQUIRE**
Lipman & Weisberg
5901 S.W. 74th Street
Suite 304
Miami, Florida 33143-5186
305/662-2600

(6.00-1100)          (05-01-86)
**WILLIAM G. COOPER, Esquire**
10 South Newnan Street
P. O. Box 1860
Jacksonville, FL  32201
(904)  356-6071

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL REPORTS PROCESSED | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | Filing | 01-03-86 |
| | | CLOSED | | Termination | 07-11-86 |
| | | | | Change | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 7/85)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 01-03-86 | 1 | COMPLAINT For Injunctive and Other Declaratory Relief.  Discrimination against black citizens from voting on School Board. | jc |
| 01-03-86 | * | SUMMONS/Notice of Consent issued as to Defts. (Original and 1 each to Attorney). | jc |
| 01-03-86 | 2 | ORDER Scheduling Preliminary Pretrial Conference at 10:00 a.m. on May 6, 1986, in Suite 511, and Directing Answers to Standard Interrogatories.  (for further information see file) Deputy Clerk, s/01-03-86 (Counsel and Courtroom Deputy Notified) | jc |
| 01-21-86 | 3 | CERTIFICATE of Service of the Order Scheduling Preliminary Pretrial Conference (2).  Mailed to TERRY BROWN, Esquire, P. O. Drawer 40, Starke, FL  32091 on 1/3/86 by Pltf. | Pg |
| 01-24-86 | 4 | SUMMONS returned as to Deft. BRADFORD COUNTY SCHOOL BOARD .  Acknowledgment of Receipt of Summons & Complaint (1) signed by JOAN T. CHITTY, Executive Secretary/School Board on 1/10/86. | Pg |
| 01-29-86 | 5 | SUMMONS returned as to Deft. RODNEY HALL, EXECUTED by U.S. Mail.  Acknowledgment of Receipt of Summons and Complaint signed by R.P. HALL on 1/14/86. | Pg |
| 03-07-86 | 6 | MOTION for Certification of Class Action by Pltf. | Pg |
| 03-07-86 | 7 | MEMO of Law in Support of Motion for Certification of Class Action (6) | Pg |
| 03-07-86 | * | RECEIVED proposed Order (6). | Pg |
| 04-21-86 | 8 | RESPONSE to Court Order of 1/3/86 (2) by Pltf. | Pg |
| 05-01-86 | 9 | NOTICE of Appearance of WILLIAM G. COOOPER on behalf of defts. | Pg |
| 05-01-86 | 10 | COMPLAINCE with Preliminary Pretrial by Deft.(2) | Pg |
| 05-06-86 | 11 | RECORD of Hearing on Preliminary Pre-trial Conference before the Hon Howell W. Melton (2).  Order to Enter. | Pg |
| 05-06-86 | 12 | ORDER:  Pursuant to Rule 23(b)(2) this lawsuit is certified as a class action consisting of all black residents of Bradford County, Fla. s/5/6/86  HWM (Counsel notified) | Pg |
| 5-21-86 | 13 | DOCKET Control Order:<br>1.  Discovery due by 08-06-86.<br>2.  Pretrial motions by 08-11-86.<br>3.  Joinder and amendments by 06-06-86.<br>4.  Non-jury trial- anticipate 1½ days.<br>5.  Final pretrial conference set for 08-14-86 at 10:00 A.M.<br>6.  Trial term commencing 09-08-86.<br>HWM s/05-20-86 (Counsel notified). | jc |
| 06-04-86 | 14 | MOTION to Deem Admitted Pltfs.' Request for Admissions of Fact, by Pltfs. | jc |
| 06-25-86 | 15 | ORDER.  Pltf's Motion (14) has not been opposed and correctly states the law.  Accordingly, the motion is GRANTED, and Pltf's Request for Admission, First thru Third Sets shall be deemed admitted. (14) s/06-25-86  HES  (counsel notified) | jf |

(See Page 2)

)C 111A
Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | 86-4-Civ-J-12 |
|---|---|---|
| BRADFORD COUNTY BRANCH OF THE NAACP, et al. | BRADFORD COUNTY SCHOOL BOARD, et al. | DOCKET NO. _____ <br> PAGE __2__ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 07-08-86 | 16 | **CALENDAR** setting **Pretrial Conference** before Hon. Harvey E. Schlesinger on **08-14-86** in Room 334, at **10:00 a.m.** (counsel notified) | jf |
| 07-11-86 | 17 | **FINAL JUDGMENT.** This Court has jurisdiction over the subject matter of this action and the parties thereto. This Court enters a Declaratory Judgment finding Pltfs have not had full access to political process under Voting Rights Act as amended in 1982 and 14th & 15th amendments of the U.S. Constitution. Defts are enjoined from providing county-wide at-large elections in violation of above. The Court finds the attached "Election Plan" a proper remedy and it is adopted and incorporated by reference into this Final Judgment. **Pltfs** are **prevailing party.** Upon the parties or this Court resolving matter of attorney fees & litigation expenses, this litigation is deemed **closed** and removed from the pending docket of this Court. s/07-11-86  HWM  (counsel consented herein) R110/718-735 (cys to counsel 7-22-86 per K's instructions) | jf |
| 08-07-86 | 18 | **MOTION** for an Award of Attorney Fees and Reimbursement of Litigation Expenses, by Pltfs | |
| 08-07-86 | * | **RECEIVED** Certificate of Service **unsigned; RETURNED**      (18) | jf |
| 08-07-86 | 19 | **MEMORANDUM** of Points & Authorities in Support of Motion for an Award of Attorney's Fees and Reimbursement of Litigation Expenses, with Exhibits, by Pltfs     (18) | jf |
| 08-15-86 | 20 | **CERTIFICATE** of Service, by Pltf    (18) | jf |
| 08-20-86 | 21 | **MOTION** to Extend Time Within Which to Respond, by Deft BRADFORD COUNTY SCHOOL BOARD    (18)  **Proposed** Order attached | jf |
| 08-22-86 | 22 | **ORDER.** Motion to Extend Time (21) is GRANTED. Defts' time to reply to Pltfs' pending Motion for Attorney's Fees is extended until Pltfs' counsel gives written notice of the necessity for reply or until further Order of this Court. s/08-22-86  HES  (counsel notified) | jf |
| 10-30-86 | 23 | **NOTICE** of Necessity for Reply, with Appendix, by Pltf    (22) (18) | jf |
| 11-18-86 | 24 | **NOTIFICATION** of Settlement of Attorney Fee and Litigation Expense Issue (that Pltfs' counsel will pay $25,150 - full payment), signed by both parties | jf |