JUL 7 1986

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY BRANCH OF
THE NAACP, ELIZABETH G. WALKER,
JIMMIE L. SCOTT, CAROLYN B. SPOONER
and MAURICE J. WHITE, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

v.                                    CIVIL ACTION 86-4-CIV-J-12

BRADFORD COUNTY SCHOOL BOARD,
PAT SPENGLER, Chairman; J. T. PARRISH,
RODNEY HALL, DR. LEN SCHOLFMAN
and JUDY BECKER, their successors
and agents, in their official
capacities,

        Defendants.
_____/

## FINAL JUDGMENT

On January 3, 1986, the above named Plaintiffs filed their
Complaint against the above named Defendants alleging that
at-large county-wide voting for members of the Bradford County
School Board excludes black representation and participation
and minimizes and cancels out black voting strength in
violation of their rights secured by the Voting Rights Act of
1965, as amended, Pub. L. No. 97-205, §3, 96 Stat. 134 (1982),
amending 42 U.S.C. §1973, et. seq. (hereinafter "Voting Rights
Act") and in violation of the rights of Plaintiffs and those
similarly situated secured by the Fourteenth and Fifteenth
Amendments to the Constitution of the United States.

The Court, having reviewed the status of this action, and
being aided by the recommendations of the Plaintiffs' and
Defendants' counsel, and being of the opinion that the best
interest of all the parties and all the citizens of Bradford
County, Florida, would be served by approving the Final
Judgment, and the Court having reviewed the Final Judgment
tendered by Plaintiffs' and Defendants' counsel, finds that
said Judgment was entered into voluntarily by the parties, and
that it should be approved.

IT IS THEREFORE, ADJUDGED AND DECREED AS FOLLOWS:

1.   This decree extends to all issues relating to both
liability and remedy phases of this case as set forth in the
Complaint in this matter and to the class of Plaintiffs defined
as all black residents of Bradford County, Florida.

2.   This Court has jurisdiction over the subject matter of
this action and the parties thereto.

3.   That due to a series of factors, the at-large election
system for the Bradford County School Board has had the effect
of diluting black voting strength in violation of Plaintiffs'
rights under the Voting Rights Act and the Fourteenth and
Fifteenth Amendments to the United States Constitution.

It is Defendants' position that these factors were
beyond the control of the individually named Defendants.  It is
Plaintiffs' position that these factors were within the control
of the individually named Defendants.

-2-

4.   That pursuant to Florida law, the Bradford County School Board has provided for the election of all its members through at-large elections.

5.   This Court enters a Declaratory Judgment finding that the Plaintiffs have not had full access to the political process under the Voting Rights Act as amended in 1982 and the Fourteenth and Fifteenth Amendments to the United States Constitution.

6.   Defendants are enjoined from providing county-wide at-large elections in a manner which violates the Voting Rights Act and the Fourteenth and Fifteenth Amendments to the Constitution of the United States.

7.   The attached "Election Plan," Appendices 1 through 4, sets forth the mechanism and plan schedule for the Bradford County School Board, Florida, to conduct future elections for the members of the School Board in accordance with the Voting Rights Act and the Fourteenth and Fifteenth Amendments to the Constitution of the United States.

Therefore, the Court finds that the "Election Plan" as submitted is a proper remedy in this action, and is adopted and incorporated by reference into this Final Judgment as attached.   All elections henceforth will proceed on a single district basis; that is, all candidates in future elections must reside in the residence area for which they seek election and only voters in that particular residence area shall cast ballots for the particular candidate running in that area.

8.   a.   It is determined that Plaintiffs are the prevailing party in this action, pursuant to the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973(e), and Civil Rights Attorney Fees Awards Act of 1976, 42 U.S.C. §1988.

b.   The parties will attempt to resolve the amount of Plaintiffs' attorney fees and litigation expense reimbursement.   In the event the parties have resolved this issue, the Court shall be so informed and all attorney fees and costs for Plaintiffs' counsel shall be payable to Plaintiffs by Defendants within twenty (20) days after the execution of the Final Judgment.

c.   In the event the parties have not agreed to these matters, Plaintiffs shall file with the Court within twenty (20) days from issuance of the Court's Final Judgment appropriate fee/expense submissions and accompanying memoranda as to these issues.   Defendants shall respond within twenty (20) days from Plaintiffs' filing.   The Court shall then enter appropriate Order granting Plaintiffs' attorney fees and litigation expenses consistent with the parties' submissions.

9.   Upon the parties or this Court resolving the matter of attorney fees and litigation expenses, this litigation is deemed closed and removed from the pending docket of this Court.

ORDERED AND ADJUDGED this 11th day of JULY, 1986.

Howell W. Melton
UNITED STATES DISTRICT JUDGE

-4-

AGREED AND CONSENTED TO:

_____
TERRANCE M. BROWN

   P.O. Drawer 40
   Starke, Florida   32091


ATTORNEY FOR DEFENDANTS

DATED: 7-7-86

0492B


_____
DAVID M. LIPMAN
ROBERT E. WEISBERG

   LIPMAN & WEISBERG
   5901 S.W. 74 Street
   Suite 304
   Miami, Florida   33143-5186
   (305) 662-2600

ATTORNEYS FOR PLAINTIFFS

DATED: 7-1-1986

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY BRANCH OF
THE NAACP, ELIZABETH G. WALKER,
JIMMIE L. SCOTT, CAROLYN B. SPOONER
and MAURICE J. WHITE, on behalf of
themselves and all others similarly
situated,

       Plaintiffs,

v.                        CIVIL ACTION NO: 86-4-CIV-J-12

BRADFORD COUNTY SCHOOL BOARD,
PAT SPENGLER, Chairman; J. T. PARRISH,
RODNEY HALL, DR. LEN SCHOLFMAN
and JUDY BECKER, their successors
and agents, in their official
capacities,

       Defendants.

_____/

## APPENDIX

1.   MAP OF ELECTION RESIDENCE AREAS

2.   DEMOGRAPHIC DATA REFLECTING POPULATION AND VOTER
     REGISTRATION BY RESIDENCE AREA

3.   SCHEDULE FOR NEW ELECTIONS

4.   LEGAL DESCRIPTION OF ELECTION PLAN

## APPENDIX 1

**MAP OF ELECTION RESIDENCE AREAS**



1980 CENSUS DIVISIONS

COUNTY CENSUS DIVISION

ENUMERATION DISTRICT   E.D.

* SEE CITY MAPS

# BRADFORD COUNTY



DETAIL MAP OF THE DIVISION OF THE CITY OF STARKE BY THE BRADFORD COUNTY SINGLE
MEMBER DISTRICTS

## APPENDIX 2

### BRADFORD COUNTY

#### DEMOGRAPHIC DATA REFLECTING POPULATION
#### AND VOTED REGISTRATION BY RESIDENCE AREA

#### Population*

|        | District | Total** | White (%)      | Black (%)      |
|--------|----------|---------|----------------|----------------|
| Blue   | I        | 3,629   | 1,671 (46.1)   | 1,914 (52.7)   |
| Orange | II       | 3,806   | 3,301 (87.5)   | 424 (11.1)     |
| Yellow | III      | 3,774   | 3,458 (91.6)   | 284 ( 7.5)     |
| Green  | IV       | 3,627   | 3,336 (92.0)   | 274 ( 7.6)     |
| Purple | V        | 3,746   | 3,294 (87.9)   | 436 (11.6)     |
|        | TOTALS   | 18,582  | 15,060 (81.0)  | 3,332 (17.9)   |

#### Registered Voters***

|        | District | Total  | White (%)      | Black (%)      |
|--------|----------|--------|----------------|----------------|
| Blue   | I        | 1,312  | 623 (47.5)     | 689 (52.5)     |
| Orange | II       | 1,649  | 1,454 (88.2)   | 195 (11.8)     |
| Yellow | III      | 1,215  | 1,096 (90.2)   | 119 ( 9.7)     |
| Green  | IV       | 1,643  | 1,568 (95.4)   | 75 ( 4.6)      |
| Purple | V        | 1,650  | 1,592 (96.5)   | 58 ( 3.5)      |
|        | TOTALS   | 7,469  | 6,333 (85.0)   | 1,136 (15.0)   |

*Population based on 1980 United States Census

**Population Totals Include Persons of Other Origins

***Registered Voters estimated from the 12/30/85 Bradford
County Supervisor of Elections Record of Registered Voters

## APPENDIX 3

### SCHEDULE OF NEW ELECTIONS

Election of School Board Members shall occur under their regularly scheduled progression, which is as follows:

1. District 1:    1986 General Election (four year term)

2. District 2:    1986 General Election (four year term)

3. District 3:    1986 Special Election (two year term)
                  1988 General Election (four year term)

4. District 4:    1988 General Election (four year term)

5. District 5:    1986 General Election (four year term)

## APPENDIX 4

## LEGAL DESCRIPTION OF ELECTION PLAN

## DISTRICT NO. 1

Beginning at the Point of Intersection of the Bradford-Clay County Line, and State Road No. 200 (U.S. 301), run thence Southerly along the Bradford-Clay County Line to its intersection with State Road No. 16; run thence Westerly along State Road No. 16 to its intersection with the Seaboard Systems Railroad; run thence Northerly along the Seaboard Systems Railroad to the Northerly Boundary of the City Limits of the City of Starke; run thence Westerly along the Northerly Boundary of the City Limits of the City of Starke to its intersection with State Road No. 16; run thence Northwesterly along State Road No. 16 to its intersection with County Road No. 233 (Morgan Road); run thence Easterly along County Road No. 233 (Morgan Road) to its intersection with State Road No. 200 (US 301); run thence Northerly along State Road No. 200 (US 301) to its intersection with the Bradford-Clay county line, the said point of beginning.

## DISTRICT NO. 2

Beginning at the Point of Intersection the Bradford-Clay County Line and State Road No. 200 (U.S. 301); run thence Northerly along the Bradford-Clay County Line to its intersection with the Bradford-Baker County Line; run thence Westerly along the Bradford-Baker County Line to the Bradford-Union County Line (New River); run thence Southerly along the Bradford-Union County Line (New River) to its intersection with County Road No. 229; run thence Southeasterly along County Road No. 229 to its intersection with County Road No. 225 (Bayless Highway); run thence Southerly along County Road No. 225 (Bayless Highway) to its intersection with State Road No. 100; run thence Easterly along State Road No. 100 to its intersection with the Westerly City Limits of the City of Starke as it existed in 1970; run thence Northerly along the Westerly City Limits of the City of Starke to the Southerly Boundary of Section 20, Township 6 South, Range 22 East; run thence Easterly and Northerly along the City Limits of the City of Starke to its intersection with County Road No. 229; run thence Easterly along County Road No. 229 to its intersection with State Road No. 16; run thence Easterly along State Road No. 16 to its intersection with the Seaboard Systems Railroad; run thence Northerly along the Seaboard Systems Railroad to the Northerly Boundary of the City Limits of the City of Starke; run thence Westerly along the Northerly Boundary of the City Limits of the City of Starke to its intersection with State Road No. 16; run thence Northwesterly along State Road No. 16 to its intersection with County Road No. 233 (Morgan Road); run thence Easterly along County Road No. 233 (Morgan Road) to its intersection with State Road No. 200 (U.S. 301); run thence Northerly along State Road No. 200 (US 301) to it's intersection with the Bradford-Clay county line, the said point of beginning.

## DISTRICT NO. 3

Beginning at the Point of Intersection of the Bradford-Clay
County Line and State Road No. 16; run thence Westerly along
State Road No. 16 to its intersection with County Road No. 229;
run thence Westerly along County Road No. 229 to its
intersection with the Westerly Boundary of the City Limits of
the City of Starke; run thence Southerly, Westerly and
Southerly, along the City Limits of the City of Starke to its
intersection with State Road No. 100; run thence Easterly along
State Road No. 100 to its intersection with State Road No. 200
(U.S. 301); run thence Easterly and Southerly along State Road
No. 100 to its intersection with the Southerly most end of
County Road No. 100-A (Griffis Loop); run thence Northerly along
County Road No. 100-A (Griffis Loop) to its intersection with
the Seaboard Systems Railroad (Camp Blanding/Dupont Spur); run
thence Southeasterly along Seaboard Systems Railroad (Camp
Blanding/Dupont Spur) to the Bradford-Clay County Line; run
thence Northerly along the Bradford-Clay County Line to its
intersection with State Road No. 16, the said Point of
Beginning.

## DISTRICT NO. 4

Beginning at the Point of Intersection of the Bradford-Clay County Line and 'the Seaboard System Railroad (Camp Blanding/Dupont Spur); run thence Southerly along the Bradford-Clay County, Line to its intersection with the Bradford-Putnam County Line; run thence Westerly along the Bradford-Putnam County Line to its intersection with the Bradford-Alachua County Line; run thence Westerly along the Bradford-Alachua County Line to its intersection with the Sampson River; run thence Northerly along the Sampson River to its intersection with County Road No. 18; run thence Easterly and Northeasterly along County Road No. 18 to its intersection with County Road No. 227; run thence Northeasterly along County Road No. 227 to its intersection with State Road No. 200 (U.S. 301); run thence Southerly along State Road No. 200 (U.S. 301) to its intersection with County Road No. 221; run thence Southerly along County Road No. 221 to its intersection with County Road No. S.E. 34th Avenue (Meng's Dairy Road); run thence Easterly along County Road No. S.E. 34th Avenue (Meng's Dairy Road) to 'its intersection with State Road No. 100; run thence Northerly along State Road No. 100 to the Southerly intersection with County Road No. 100-A (Griffis Loop); run thence Northerly along County Road No. 100-A (Griffis Loop) to its intersection with Seaboard Systems Railroad (Camp Blanding/Dupont Spur); run thence Southeasterly along Seaboard Systems Railroad (Camp Blanding/Dupont Spur) to the Bradford-Clay County Line, the said Point of Beginning.

## DISTRICT No. 5

Beginning at the Point of Intersection of State Road No. 100 and State Road No. 200 (US 301); run thence Easterly and Southerly along State Road No. 100 to its intersection with County Road SE 34th Avenue (Meng's Dairy Road); run thence Westerly along County Road No. SE 34th Avenue (Meng's Dairy Road) to its intersection with County Road No. 221; run thence Northerly along County Road No. 221 to its intersection with State Road No. 200 (US 301); run thence Northerly along State Road No. 200 (US 301) to its intersection with County Road No. 227; run then Southwesterly along County Road No. 227 to its intersection with County Road No. 18; run thence Southerly along County Road No. 18 to its intersection with the Sampson River; run thence Southerly along the Sampson River to the Bradford-Alachua County Line (Santa Fe River); run thence Westerly along the Bradford-Alachua County Line (New River); run thence Northerly along the Bradford-Union County Line (New River) to its intersection with County Road No. 229; run thence Southeasterly along County Road No. 229 to its intersection with County Road No. 225 (Bayless Highway); run thence Southerly along County Road No. 225 (Bayless Highway) to its intersection with State Road No. 100; run thence Easterly along State Road 100 to its intersection with State Road 200 (US 301), the said Point of Beginning.