# Proposed Rule Redistricting Map "D2"

Click on the link below to open map.

https://www.google.com/maps/d/u/1/edit?mid=1Uqh90705hq7au4nq0Zl7kUKnACanx5g&usp=sharing

- Dist. 1: 4,825 (-1.5%)
- Dist. 2: 4,877 (-0.4%)
- Dist. 3: 4,706 (-3.9%)
- Dist. 4: 5,138 (+4.0%)
- Dist. 5: 4,946 (+0.1%)

Minority VAP: 51%

# Map D2

Existing Map

All items

Map D2
◇
4
◇
2
◇
3
◇
1

5

Total populations:
Dist. 1: 4,825 (-1.5%)
Dist. 2: 4,877 (-0.4%)
Dist. 3: 4,706 (-3.9%)
Dist. 4: 5,138 (+4.0%)
Dist. 5: 4,946 (+0.1%)

