## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BRADFORD COUNTY
BRANCH OF THE NAACP, *et al.*,

    *Plaintiffs,*

v.

                              Case No. 86-4-Civ-J-12

BRADFORD COUNTY SCHOOL
BOARD, *et al.*,

    *Defendants.*

_____/

### NOTICE OF APPEARANCE

With the consent of class counsel David M. Lipman and Class Representatives

Carolyn B. Spooner and Jimmie L. Scott, the undersigned attorney, Nicholas Warren,

enters his appearance in this matter on behalf of the Plaintiff Class.

Respectfully submitted this 4th day of August, 2023,

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida, Inc**.
336 East College Ave., Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiff Class*

1

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants by emailing a copy to Defendants' counsel Jeffrey J. Grosholz at jgrosholz@rumberger.com, which method of service he consented to in writing, on August 4th, 2023.

Nicholas Warren (FBN 1019018)