UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY
BRANCH OF THE NAACP, *et al.*,

    Plaintiffs,

v.                                      CASE NO.: 86-4-Civ-J-12

BRADFORD COUNTY
SCHOOL BOARD, *et al.*,

    Defendants.
_____/

### DEFENDANT, BRADFORD COUNTY SCHOOL BOARD'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF E-MAIL ADDRESSES

Defendant, Bradford County School Board, hereby gives notice of the appearance of Jeffrey J. Grosholz of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association. Please use the following e-mail addresses for serving discovery via e-mail.

| | |
|---|---|
| Counsel's name: | Jeffrey J. Grosholz |
| Primary e-mail address: | jgrosholz@rumberger.com |
| Secondary e-mail addresses: | docketingorlando@rumberger.com |
| | jgrosholzsecy@rumberger.com |

1

Respectfully submitted,

*/s/ Nicole Sieb Smith*
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
Attorneys for Defendant, Bradford County School Board

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Plaintiffs by emailing a copy to Plaintiffs' counsel: Nicholas L.V. Warren at nwarren@aclufl.org; Daniel B. Tilley at dtilley@aclufl.org; and Caroline A. McNamara at cmcnamara@aclufl.org, which method of service they consented to, on August 4, 2023

*/s/ Nicole Sieb Smith*
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
Attorneys for Defendant, Bradford County School Board