UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY
BRANCH OF THE NAACP, *et al.*,

    **Plaintiffs,**

**v.**                                         CASE NO.: 3:86-cv-00004-TJC-MCR

BRADFORD COUNTY SCHOOL
BOARD, *et al.*,

    **Defendants.**
_____/

### DEFENDANT, BRADFORD COUNTY SCHOOL BOARD'S
### NOTICE OF ADDITIONAL APPEARANCE

Defendant, Bradford County School Board, hereby gives notice of the additional appearance of Nicole Sieb Smith of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association. Jeffrey J. Grosholz will continue as counsel for said Defendant and should continue to be served in this case.

Please use the following e-mail addresses for serving discovery via e-mail.

    Counsel's name:             Nicole Sieb Smith
    Primary e-mail address:     nsmith@rumberger.com
    Secondary e-mail addresses: docketingorlando@rumberger.com
                                            nsmithsecy@rumberger.com

    AND

    Counsel's name:            Jeffrey J. Grosholz
    Primary e-mail address:     jgrosholz@rumberger.com
    Secondary e-mail addresses: docketingorlando@rumberger.com
                                            jgrosholzsecy@rumberger.com

Respectfully submitted,

s/ Nicole Sieb Smtih
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783
Attorneys for Defendant, Bradford County School Board

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Nicholas L.V. Warren at nwarren@aclufl.org; Daniel B. Tilley at dtilley@aclufl.org; and Caroline A. McNamara at cmcnamara@aclufl.org.

/s Nicole Sieb Smith
NICOLE SIEB SMITH
Florida Bar No.:  0017056
E-mail:  nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.:  1018568
E-mail:  jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050

Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
Attorneys for Defendant, Bradford County School Board