UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY
BRANCH OF THE NAACP, *et al.*,

    Plaintiffs,

v.

BRADFORD COUNTY SCHOOL
BOARD, *et al.*,

    Defendants.
_____/

CASE NO.: 3:86-cv-00004-TJC-MCR

### NOTICE OF DESIGNATION OF LEAD COUNSEL FOR DEFENDANT, BRADFORD COUNTY SCHOOL BOARD

Defendant Bradford County School Board, pursuant to Local Rule 2.02(a), hereby designates Nicole Sieb Smith, Esquire as its lead counsel in this matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Nicholas L.V. Warren at nwarren@aclufl.org; Daniel B. Tilley at dtilley@aclufl.org; and Caroline A. McNamara at cmcnamara@aclufl.org.

                              /s Nicole Sieb Smith
                              NICOLE SIEB SMITH
                              Florida Bar No.: 0017056
                              E-mail: nsmith@rumberger.com

JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
Attorneys for Defendant, Bradford County School Board