UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADFORD COUNTY BRANCH
OF THE NAACP, et al.,

      Plaintiffs,

v.                                 Case No. 3:86-cv-4-TJC-MCR

BRADFORD COUNTY SCHOOL
BOARD, et al.,

      Defendants.

## O R D E R

Upon review, it is hereby

**ORDERED**:

1.    The parties' Joint Motion to Reopen Case (Doc. 2) is **GRANTED** and the Clerk shall reopen the file. (The parties shall note that the new case number is 3:86-cv-4-TJC-MCR.)

2.    Plaintiffs' Unopposed Motion to Substitute Florida State Conference of NAACP Branches (Doc. 3) is **GRANTED**. The Florida State Conference of Branches and Youth Units of the NAACP is hereby substituted in place of plaintiff Bradford County Branch of the NAACP. The Clerk shall update the docket accordingly.

3. No later than **September 15, 2023**, the parties shall submit a joint proposed order on their joint motion to modify judgment (Doc. 4), sending a Word version to chambers_flmd_corrigan@flmd.uscourts.gov.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of August, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record

2